**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Danny Lee PEOPLES, Defendant—**
**Appellant.**

**No. 12–6062.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2012.

Decided: May 22, 2012.

Danny Lee Peoples, Appellant Pro Se. Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Lee Peoples appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Peoples,* No. 7:07–cr–00084–JCT–3 (W.D.Va. Dec. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*